# Court of Appeals
# of the State of Georgia

ATLANTA,___August 01, 2014___

*The Court of Appeals hereby passes the following order:*

**A14I0270. ELIZABETH ALLEN KNITTEL f/k/a ELIZABETH ALLEN LAFOUNTAIN v. MATTHEW ALLAN LAFOUNTAIN.**

Elizabeth Knittel and Matthew LaFountain were divorced in 2013. The final divorce decree provided that the parties would share joint custody of their two minor children and that Matthew would pay child support to his ex-wife. On March 20, 2014, Matthew filed a petition to modify his child support obligation, and the trial court entered a temporary order decreasing Matthew's child support obligation. Elizabeth has filed an application for interlocutory appeal from that order.

Although the Court of Appeals may review cases relating solely to child custody, the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6). In Georgia, when the obligation to pay child support arises from a prior divorce proceeding, child support is a form of alimony. See *Spurlock v. Dept. of Human Resources*, 286 Ga. 512, 513 (1) (690 SE2d 378) (2010); *Jones v. Jones*, 280 Ga. 712, 715-716 (2) (632 SE2d 121) (2006). Because Elizabeth's appeal of the child support order falls within the Supreme Court's jurisdiction, this case is hereby TRANSFERRED to the Supreme Court for resolution.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/01/2014____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*